# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP INC

    VS                                     CASE NO.   3:05cv108/RV/MD

ROYAL SURPLUS LINES INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on   02/29/2008

Type of Motion/Pleading  MOTION IN LIMINE REGARDING CERTAIN OPINIONS OF UNDERLYING DEFENSE COUNSEL, ROYAL'S COVERAGE COUNSEL AND ROYAL'S CLAIMS PERSONNEL

Filed by: PLAINTIFF        on 2/12/08      Doc. No. 139

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

                                              on _____   Doc. No. _____
                                              on _____   Doc. No. _____

                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              *s/Donna Bajzik*
                                              Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 3rd day of March, 2008, that:

    The requested relief is generally DENIED since the facts set out in these materials are the only factual references in the record and the only basis for showing why and how Royal made its decisions.

                                              /s/ *Roger Vinson*
                                              ROGER VINSON
                                              SENIOR UNITED STATES DISTRICT JUDGE