# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP INC

    VS                                         CASE NO. 3:05cv108/RV/MD

ROYAL SURPLUS LINES INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on  02/29/2008
Type of Motion/Pleading MOTION IN LIMINE TO PREVENT REFERENCE TO "SELF-INSURANCE" OR TO DELTA AS AN INSURER
Filed by: PLAINTIFF           on 2/12/08       Doc. No. 141
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                       on             Doc. No.
                                       on             Doc. No.
                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       *s/Donna Bajzik*
                                       Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 3rd day of March, 2008, that:

> The requested relief is GRANTED in general, since Delta was an insured and not an insurer with respect to the Royal primary policies, but DENIED to the extent that the term self-insurance appears in certain of the correspondence at issue in the case.

                                       /s/ *Roger Vinson*
                                       ROGER VINSON
                                       SENIOR UNITED STATES DISTRICT JUDGE