# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP INC

    VS                                                                       CASE NO. 3:05cv108/RV/MD

ROYAL SURPLUS LINES INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on  02/21/2008

Type of Motion/Pleading DEFENDANT, ROYAL SURPLUS LINES INSURANCE COMPANY'S MOTION FOR REHEARING AND/OR RECONSIDERATION OF ORDER FINDING DEFENSE AGREEMENTS WERE COERCED

Filed by: DEFENDANT     on 2/21/08     Doc. No. 163

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 3rd day of March, 2008, that:

> The requested relief is GRANTED to the extent the summary judgment order can be read to have ruled on this issue as a matter of law, and any coercion finding is set aside. The issue of coercion or duress with respect to the cost-sharing agreements is a disputed question of fact for the jury to decide on each of the underlying cases.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Document No.