# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP, INC.

    VS                                         CASE NO. 3:05cv108RV/MD

ROYAL SURPLUS LINES INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on  02/28/2008

Type of Motion/Pleading  MOTION IN LIMINE TO PREVENT REFERENCE TO UNRELATED INSURANCE POLICIES AND UNRELATED LITIGATION

Filed by: PLAINTIFF     on 2/28/08     Doc. No. 174

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 3rd day of March, 2008, that:

(a) The requested relief is GRANTED. The umbrella policies are relevant here only to the extent that they existed to provide additional coverage and relied on the primary policies at issue. However, this trial and this case are about the two primary policies of Royal's.

(b) _____

/s/ Roger Vinson
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.