# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DELTA HEALTH GROUP INC

    VS                                                 CASE NO. 3:05cv108/RV/MD

ROYAL SURPLUS LINES INSURANCE
COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on 02/29/2008
Type of Motion/Pleading: MOTION IN LIMINE REGARDING RECOVERY OF INDEMNITY
Filed by: DEFENDANT   on 2/13/08   Doc. No. 148
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc. No. _____
_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 4th day of March, 2008, that:

    The requested relief is DENIED. The plaintiff is entitled to seek indemnity that it alleges was improperly allocated to it, while the defendant is entitled to show that the allocation was proper.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE