UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DELTA HEALTH GROUP, INC.,**

    Plaintiff,

vs.                                                                                  3:05cv108/RV

**ROYAL SURPLUS LINES INSURANCE COMPANY**

    Defendant.
_____/

**JUDGMENT**

This action came before the Court and a jury with the Honorable Roger Vinson presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:

1. Judgment is entered in favor of the Plaintiff DELTA HEALTH GROUP, INC., and against the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY, on the issue of whether the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY owed the Plaintiff DELTA HEALTH GROUP, INC., a duty to defend on Residents Cynthia Bennett, Mamie Bethel, Catherine Brown, Cervera Currinton, Cherry Deiorio, Dixie Faulk, Amelia Hernandez, Albert Long, Kenneth McNealy, Alvin Melton, Joseph Minter, Stuart Napoli, Jessie Neal, Eugene Polite, Ellen Pope, Emma Razzouk, Jesse Smith, Ruby Lee Smith, Florian Soroka, Thomas Stevens, Marie Varnado, Lucille Wangerin, Vernie Watts, Tyrone Whitaker, Mildred Woodson, Ollie Bonner, Minnie Campbell, Innocencio DeJesus, Lilly Gelman, Robert Harris, Lelia Lewis, Leonore Raquel, Mary Richards, Gussie Stanley, Freddie Weissner, and Bobbie Shingles.

2. Judgment is entered in favor of the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY, and against the Plaintiff DELTA HEALTH GROUP, INC., on the issue of whether the Plaintiff DELTA HEALTH GROUP, INC., entered into cost-sharing agreements knowingly and voluntarily on Residents Cynthia Bennett, Mamie Bethel, Catherine Brown, Cervera Currinton, Cherry Deiorio, Dixie Faulk, Amelia Hernandez, Albert Long, Kenneth McNealy, Alvin Melton, Joseph Minter, Stuart Napoli, Jessie Neal, Eugene Polite, Ellen Pope, Emma Razzouk, Jesse Smith, Ruby Lee Smith, Florian Soroka, Thomas Stevens, Marie Varnado, Lucille Wangerin, Vernie Watts, Tyrone Whitaker, Mildred Woodson, Ollie Bonner, Minnie Campbell, Innocencio DeJesus, Lilly Gelman, Robert Harris, Lelia Lewis, Leonore Raquel, Mary Richards, Gussie Stanley, Freddie Weissner, and Bobbie Shingles.

3. Judgment is entered in favor of the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY, and against the Plaintiff DELTA HEALTH GROUP, INC., on the issue of whether the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY is responsible for complete indemnity on Residents Ollie Bonner, Minnie Campbell, Lilly Gelman, Robert Harris, Leonore Raquel, Mary Richards, Gussie Stanley, and Freddie Weissner.

4. Judgment is entered in favor of the Plaintiff DELTA HEALTH GROUP, INC., and against the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY, on the issue of whether the Defendant ROYAL SURPLUS LINES INSURANCE COMPANY is responsible for complete indemnity on Resident Innocencio DeJesus.

The Court reserves jurisdiction to award post-judgment remedies as provided by law.

WILLIAM M. McCOOL, CLERK OF COURT

March 11, 2008           *s/ Jerry Marbut*
Date                     Deputy Clerk: Jerry Marbut